costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

739 A.2d 107

Sallylee NESTOR and Kenneth Nestor,
Her Husband, Appellants,

v.

HOSPITAL OF the UNIVERSITY OF PENNSYLVANIA and University of Pennsylvania Division of Plastic Surgery and Penn Cutaneous Pathology Services and University of Pennsylvania Dermatopathology Laboratory and Pigmented Lesion Specialty Group and University of Pennsylvania/Pigmented Lesion Group and University of Pennsylvania Department of Pathology and Laboratory Medicine, Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 1999.

Dennis P. Talty, for Sallylee and Kenneth Nestor.

Clifford A. Rieders, Williamsport, for Amicus-Pa. Trail Lawyers.

Stephen M. McManus, Philadelphia, for Trustees, University of Pa.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

739 A.2d 108

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dewitt CRAWLEY, Appellant.**

Supreme Court of Pennsylvania.

Submitted July 12, 1999.

Decided Oct. 1, 1999.

Reargument Denied Dec. 13, 1999.

